ACCEPTED
03-14-00643-CV
5657676
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 1:39:03 PM
JEFFREY D. KYLE
CLERK

# Jon Michael Smith

## Attorney

3305 Northland Drive
Suite 500
Austin, Texas 78731

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 1:39:03 PM
JEFFREY D. KYLE
Clerk

512.371.1006
512.476.6685 (fax)

www.jonmichaelsmith.com
jon@jonmichaelsmith.com

June 12, 2015

*Via Electronic Filing*
Third Court of Appeals
209 W 14th St.
Austin, TX 78701

RE:     Cause No. 03-14-00643; Monte Montgomery v. Monty Hitchcock, in the
Court of Appeals for the Third District of Texas, Austin, Texas.

Dear Clerk,

Please be advised that Mr. Jon Michael Smith will be on vacation beginning ***Thursday, July 30, 2015 and returning Monday, August 17, 2015.***

He therefore requests that no settings, hearings, depositions, deadline matters, or matters requiring a response be delivered and/or scheduled during that time in the above-referenced cause of action.

Please filemark this letter. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Ana Parra
Assistant to Jon Michael Smith

CC:
Steven R. Samples     **Via Fax 855-605-1505**
Samples Law Group
2605 Airport Freeway
Suite 100
Fort Worth, Texas 76111